UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENNIS RUTTER<br><br>　　　　Plaintiff,<br>v.<br><br>PROFESSIONAL RECOVERY SERVICES, INC.<br><br>　　　　Defendant. | COURT FILE NO.: CV 08-897-TFM<br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br><br><br>JURY TRIAL DEMANDED |

　　　　IT IS HEREBY AGREED to by the Plaintiff and his attorney, Jeffrey L. Suher, P.C. and Jeffrey L. Suher, Esquire, that the above-entitled action against Defendant shall be and is hereby dismissed with prejudice.

Date:  July 29, 2008

　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted

　　　　　　　　　　　　　　　　　　　　　　**JEFFREY L. SUHER, P.C.**

　　　　　　　　　　　　　　　　　　　　　　By:  **s/Jeffrey L. Suher**
　　　　　　　　　　　　　　　　　　　　　　Jeffrey L. Suher, Esquire
　　　　　　　　　　　　　　　　　　　　　　Attorney I.D.#74924
　　　　　　　　　　　　　　　　　　　　　　4328 Old William Penn Highway, Suite 2J
　　　　　　　　　　　　　　　　　　　　　　Monroeville, PA 15146
　　　　　　　　　　　　　　　　　　　　　　Telephone:  (412) 374-9005
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (412) 374-0799
　　　　　　　　　　　　　　　　　　　　　　lawfirm@jeffcanhelp.com


　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff