UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENNIS RUTTER<br><br>      Plaintiff,<br>v.<br><br>PROFESSIONAL RECOVERY SERVICES, INC.<br><br>      Defendant. | COURT FILE NO.: CV 08-897-TFM<br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br><br><br>JURY TRIAL DEMANDED |

IT IS HEREBY AGREED to by the Plaintiff and his attorney, Jeffrey L. Suher, P.C. and Jeffrey L. Suher, Esquire, that the above-entitled action against Defendant shall be and is hereby dismissed with prejudice.

Date: July 29, 2008

Respectfully Submitted

**JEFFREY L. SUHER, P.C.**

By: **s/Jeffrey L. Suher**
Jeffrey L. Suher, Esquire
Attorney I.D.#74924
4328 Old William Penn Highway, Suite 2J
Monroeville, PA 15146
Telephone: (412) 374-9005
Facsimile: (412) 374-0799
lawfirm@jeffcanhelp.com

Attorneys for Plaintiff

Date: July 29, 2008

SO ORDERED:

s/ Terrence F. McVerry

-1-